In the Matter of the Claim of FRANK STODDARD, Respondent, against CLIFFORD STODDARD et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued May 20, 1936; decided June 5, 1936.)

*F. A. W. Ireland* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Weidersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., HUBBS, CROUCH and FINCH, JJ. Dissenting: LEHMAN, O'BRIEN and LOUGHRAN, JJ.